IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 06- 103 |
| ) | |
| TERRONE A. HAMMOND, ) | |
| ) | |
| Defendant.  ) | |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Terrone A. Hammond.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: September 5, 2006

**AND NOW**, to wit, this ___5___ day of September, 2006, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of defendant.

FILED
SEP 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge