IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TERRONE A. HAMMOND,  )<br>  )<br>Defendant.  ) | Case No. 06- 103 |

**REDACTED**

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT 1

On or about July 18, 2005, in the State and District of Delaware, Terrone A. Hammond, defendant herein, did knowingly possess with the intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).



FILED

SEP 5 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## COUNT 2

On or about July 18, 2005, in the State and District of Delaware, Terrone A. Hammond, defendant herein, did knowingly possess with intent to distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant U.S. Attorney

Dated: September 5, 2006