IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06- 103 |
| | ) | |
| TERRONE A. HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Terrone A. Hammond, as a result of the Indictment returned against him on September 5, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: 9/5/06

AND NOW, this __5__ day of __September__, 2006, upon the foregoing Motion, IT IS ORDERED that a warrant be issued for the arrest and apprehension of Terrone A. Hammond.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED

SEP 5 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE