IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-103 |
| ) | |
| TERRONE HAMMOND ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Shannon T. Hanson, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant Terrone Hammond has been arrested.

COLM F. CONNOLLY
United States Attorney

By: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: October 4, 2006

**AND NOW**, this ___4___ day of ___October___, 2006, upon the foregoing Motion, it is

**ORDERED** that the Indictment and file in the above-captioned case are hereby unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
OCT 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE