IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 06-103 |
| ) | |
| TERRONE HAMMOND ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply):**

   ___ Crime of violence (18 U.S.C. § 3156)

   _X_ Maximum sentence life imprisonment or death

   _X_ 10+ year drug offense

   ___ Felony, with two prior convictions in above categories

   _X_ Serious risk defendant will flee

   ___ Serious risk obstruction of justice



FILED

OCT 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2.  **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_  Defendant's appearance as required

    _X_  Safety of any other person and the community

3.  **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    _X_  Probable cause to believe defendant committed 10+ year drug offense or

    firearms offense, 18 U.S.C. §924(c)

    ___  Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___  At first appearance

    _X_  After continuance of _3_ days (not more than 3).

5.  **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of ___ days (not more than 10) so that the appropriate officials can be notified since:

    1.  At the time the offense was committed the defendant was:

        ___  (a) on release pending trial for a felony;

      —   (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

      —   (c) on probation or parole for an offense.

2. \_\_ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. \_\_ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

    _____

    _____

DATED this 4 day of October, 2006.

                      COLM F. CONNOLLY
                      United States Attorney

                      BY: _____
                      Shannon T. Hanson
                      Assistant United States Attorney