UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>TERRONE A. HAMMOND<br>Defendant. | ) | CASE NO. CR06-103-UNA |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on OCTOBER 4, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until December 1, 2006. The time between the date of this order and December 1, 2006 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Defense Counsel
United States Attorney