## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-103-GMS |
| | ) | |
| TERRONE A. HAMMOND | ) | |
| | ) | |
| Defendant. | ) | |

### INFORMATION PURSUANT TO 21 U.S.C. § 851

The United States Attorney for the District of Delaware alleges and charges pursuant to

Title 21, United States Code, Section 851(a), that TERRONE A. HAMMOND, defendant herein,

is subject to the enhanced statutory penalties set forth in Title 21, United States Code, Section

841 by virtue of the defendant's prior conviction for a felony drug offense, to wit, (1) trafficking

in cocaine (5-50 grams), in the Superior Court of Delaware in and for New Castle County,

Criminal Action No. IN98-04-0094, sentencing date December 11, 1998.

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon Thee Hanson
Assistant United States Attorney

Dated: December 7, 2006