IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |  | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | : | | |
| Plaintiff, | : | | |
| v. | : | Criminal No. 06-103 (GMS) | |
| TERRONE A. HAMMOND, | : | | |
| Defendant. | : | | |

**NOTICE OF SCHEDULING**

IT IS HEREBY **ORDERED** that a scheduling conference regarding the above-captioned defendant is scheduled for **Monday, January 8, 2007, at 11:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, in chambers, United States Courthouse, 844 N. King Street, Wilmington, DE.

December 19, 2006               /s/ Gregory M. Sleet
                                UNITED STATES DISTRICT JUDGE