IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-103 GMS |
| | : |
| TERRONE HAMMOND | : |
| | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that the scheduling conference regarding the above-captioned defendant, currently scheduled for **Monday, January 8, 2007, at 11:30 a.m.,** is hereby canceled. A change of plea hearing will be held on **Monday, January 8, 2007, at 11:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

January 3, 2007