◆AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

TERRONE A. HAMMOND

**WARRANT FOR ARREST**

Case Number: CR 06-103-UNA ~~GMS~~

~~SEALED~~

2007 AUG 16 AM 9:29
FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____TERRONE A. HAMMOND_____
                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

KNOWINGLY POSSESS WITH THE INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OR MORE OF COCAINE BASE - ( COUNT I );

KNOWINGLY POSSESS WITH THE INTENT TO DISTRIBUTE MORE THAN 5 GRAMS OR MORE OF COCAINE BASE - ( COUNT II );

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1) and (b)(1)(A)___

PETER T. DALLEO
Name of Issuing Officer

By: [signature] Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

SEPTEMBER 5, 2006 AT WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-5-06 | William David, DUSM | [signature] |
| DATE OF ARREST |  |  |
| 10-3-06 |  |  |